# Exhibit A

1

2

3

4

5

6

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

| | |
|---|---|
| PAUL PAGE and SUSAN PAGE, Husband and Wife,<br><br>                    Plaintiffs,<br><br>    v.<br><br>**AIR & LIQUID SYSTEMS CORPORATION**; (sued individually and as successor by merger to **BUFFALO PUMPS, INC.**); **ASBESTOS CORP., LTD; BW/IP INC.**, and its wholly-owned subsidiaries; **CBS CORPORATION** (fka Viacom, Inc., successor by merger with CBS Corporation fka Westinghouse Electric Corporation); **CROWN CORK AND SEAL COMPANY, INC.**; **FOSTER-WHEELER ENERGY CORPORATION**; **FRASER'S BOILER SERVICE, INC.**, a Washington Corporation; **GENERAL ELECTRIC COMPANY**; **GOULDS PUMPS (IPG), INC.**; **IMO INDUSTRIES, INC.** (sued individually and as successor-in-interest to DeLaval Turbine, Inc., IMO DeLaval and C.H. Wheeler); **INGERSOLL-RAND COMPANY**; **LOCKHEED SHIPBUILDING COMPANY**; **METROPOLITAN LIFE INSURANCE COMPANY**; **SABERHAGEN HOLDINGS, INC.**, a Washington Corporation; **SEPCO CORPORATION**; **THE WILLIAM POWELL COMPANY**; **UNIROYAL, INC.**; **WARREN PUMPS, LLC.** (sued individually and as successor-in-interest to QUIMBY PUMP COMPANY); and **WEIR VALVES & CONTROLS USA, INC.**, (sued individually and as successor-in-interest to ATWOOD & MORRILL CO., INC.),<br><br>                    Defendants | No. 14-2-29930-3 SEA<br><br>SUMMONS<br>(60 DAYS) |

SUMMONS - 1

722297

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

1

2      A lawsuit has been started against you in the above-entitled court by Paul Page

3  and Susan Page, plaintiffs.

4      Plaintiffs claim is stated in the written Complaint, a copy of which is served upon you

5  with this Summons.  In order to defend against this lawsuit, you must respond to the Complaint

6  by stating your defense in writing, and serve a copy upon the undersigned attorney for plaintiffs

7  within sixty (60) days after the service of this Summons, excluding the day of service, or a

8  default judgment may be entered against you without notice.  A default judgment is one where

9  plaintiffs are entitled to what they ask for because you have not responded.  If you serve a

10

11  Notice of Appearance on the undersigned attorney, you are entitled to notice before a default

12  judgment may be entered.

13      You may demand that the plaintiffs file this lawsuit with the court.  If you do so, the

14  demand must be in writing and must be served upon the plaintiffs within fourteen (14) days

15  after you serve the demand.  The plaintiffs must file this lawsuit with the court, or the service on

16  you of this Summons and Complaint will be void.

17

18      If you wish to seek the advice of an attorney in this matter, you should do so promptly

19  so that your written response, if any, may be served on time.

20      This Summons is issued pursuant to Rule 4 of the Superior Court Civil Rules of the

21  State of Washington.

22

23

24

25

26

SUMMONS - 2

722297

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

013

DATED this 3rd day of November, 2014.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

SCHROETER, GOLDMARK & BENDER

*Kristin Houser*

KRISTIN HOUSER WSBA #7286
SCHROETER, GOLDMARK & BENDER
810 Third Avenue, Suite 500
Seattle, WA 98104
Phone: (206) 622-8000
Fax: (206) 682-2305
Email: houser@sgb-law.com

Counsel for Plaintiff

SUMMONS - 3

722297

014

Sedgwick
Received
11/10/2014

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

PAUL PAGE and SUSAN PAGE, Husband and Wife,

                    Plaintiffs,

    v.

AIR & LIQUID SYSTEMS CORPORATION; (sued individually and as successor by merger to BUFFALO PUMPS, INC.); ASBESTOS CORP., LTD; BW/IP INC., and its wholly-owned subsidiaries; CBS CORPORATION (fka Viacom, Inc., successor by merger with CBS Corporation fka Westinghouse Electric Corporation); CROWN CORK AND SEAL COMPANY, INC.; FOSTER-WHEELER ENERGY CORPORATION; FRASER'S BOILER SERVICE, INC., a Washington Corporation; GENERAL ELECTRIC COMPANY; GOULDS PUMPS (IPG), INC.; IMO INDUSTRIES, INC. (sued individually and as successor-in-interest to DeLaval Turbine, Inc., IMO DeLaval and C.H. Wheeler); INGERSOLL-RAND COMPANY; LOCKHEED SHIPBUILDING COMPANY; METROPOLITAN LIFE INSURANCE COMPANY; SABERHAGEN HOLDINGS, INC., a Washington Corporation; SEPCO CORPORATION; THE WILLIAM POWELL COMPANY; UNIROYAL, INC.; WARREN PUMPS, LLC. (sued individually and as successor-in-interest to QUIMBY PUMP COMPANY); and WEIR VALVES & CONTROLS USA, INC., (sued individually and as successor-in-interest to ATWOOD & MORRILL CO., INC.),

                    Defendants.

No.

COMPLAINT FOR PERSONAL INJURY

Complaint for Personal Injury - 1
4567861

015

FACTUAL BACKGROUND:

1.      Plaintiffs are Paul Page and Susan Page, husband and wife.  Plaintiffs reside in Port Orchard, Washington.

2.      For Plaintiff Paul Page:

        A.      Date of Birth: ██████, 1936

        B.      Mr. Page's work history is as follows:  From 1961 to 1963 plaintiff worked as a washman laundering clothes for sailors working on board U.S. Navy ships docked at Puget Sound Naval Shipyard ("PSNS") in Bremerton, Washington; from 1963 to 1965 he worked at the St. Regis paper mill in Tacoma, Washington as a helper; from 1965 to approximately April of 1974 he worked as an apprentice marine machinist and a journeyman machinist at PSNS; in 1974 plaintiff was promoted to a planner & estimator where he no longer regularly worked on board ships.  During these time periods he was regularly exposed to asbestos and asbestos-containing products manufactured and/or sold by defendants, except Metropolitan Life Insurance Company.

        C.      Plaintiff received household exposure to asbestos dust and fibers Plaintiff's father, Frank Page, was employed at PSNS as a chipper while plaintiff lived in the family residence from 1951 to 1957 and 1960 to 1963.  During his employment at PSNA, Frank Page was exposed to asbestos and asbestos-containing products manufactured, supplied, purchased and/or sold by defendants, except Metropolitan Life Insurance Company, and would come home with the asbestos containing material on his clothes.

        D.      Plaintiff believes he has been exposed to the asbestos-containing products of every named defendant in this lawsuit, except Metropolitan Life Insurance Company.

Complaint for Personal Injury - 2
4567861

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

016

E.      As a result of this exposure, Plaintiff Paul Page has developed asbestos-related disease, including mesothelioma.  He first learned in approximately July 2014 that he had a disease, namely mesothelioma, caused by asbestos exposure.  Plaintiff has been treated for his asbestos-related disease, namely mesothelioma, by Dr. Baldwin, Kittredge.

LIABILITY AND JURISDICTION:

3.      Defendants, with the exception of Fraser's Boiler Service, and Saberhagen Holdings, Inc., are foreign corporations who, at all relevant times, have done business in the State of Washington.

4.      Each defendant corporation or its predecessor-in-interest, with the exception of Metropolitan Life Insurance Company, manufactured and/or put asbestos and asbestos-containing products into the stream of commerce.

5.      Plaintiffs claim liability based upon the theories of product liability (RCW 7.72 et seq.), including, but not limited to negligence, strict product liability (for example, Restatement (Second) of Torts § 402A), concert of action and conspiracy, and any other applicable theory of liability.

6.      The defendants are liable for, among other things, the following conduct: negligent and unsafe design; failure to inspect, test, warn, instruct, monitor and/or recall; failure to substitute safe products; marketing products not reasonably safe as manufactured; marketing products not reasonably safe as designed; and marketing products not reasonably safe for lack of adequate warnings.

7.      Metropolitan Life Insurance Company acted in concert with and aided and abetted manufacturers of asbestos-containing products in wrongful conduct which was a cause of harm to plaintiffs. Metropolitan Life Insurance Company was involved in actions to prevent

Complaint for Personal Injury - 3
4567861

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

the dissemination of accurate information to the public concerning the hazards of asbestos dust and to cause false or misleading information about the health effects of asbestos to be published. These activities resulted in the manufacture and distribution of products that were not reasonably safe as designed.

8. These actions or omissions of defendants, and each of them, proximately caused severe personal injury and other damages to plaintiffs.

9. Defendant Air & Liquid Systems Corporation, individually and as a successor by merger to Buffalo Pumps, Inc., a subsidiary of AMPCO-Pittsburgh Corp. and as a successor-in-interest to Buffalo Forge Co., is a Pennsylvania corporation. Buffalo Pumps, Inc. and/or its predecessor(s) was a manufacturer of machinery and equipment, including pumps, that contained asbestos and which required asbestos in order to operate.

10. Defendant BW/IP Inc., and its wholly-owned subsidiaries, is a division of Flowserve Corporation, a New York corporation. BW/IP Inc. and/or its predecessors was engaged in the manufacture, sale, distribution and/or supply of pumps that contained asbestos and/or which required asbestos in order to operate.

11. Defendant CBS Corporation, successor by merger to Viacom, Inc., f/k/a Westinghouse Electric Corporation, is a corporation licensed to do business in the state of Delaware. Westinghouse Electric Corporation and/or its predecessor(s) was engaged in the manufacture, sale, distribution and/or supply of machinery and equipment, including engines, which contained asbestos.

12. Defendant Crown Cork & Seal Company, Inc., is a Pennsylvania corporation. Crown Cork & Seal Company, Inc., and/or its predecessor(s) was engaged in the manufacture, sale, distribution and/or supply of asbestos-containing Mundet insulation

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

products, which was used during the construction and repair of ships at Puget Sound Naval Shipyard.

13.    Defendant Foster-Wheeler Energy Corporation is a Delaware corporation licensed to do business in the state of Washington. Foster-Wheeler Energy Corporation and/or its predecessors was engaged in the manufacture, sale, distribution and/or supply of machinery and equipment, including boilers, which contained asbestos and/or required asbestos to operate.

14.    Defendant Fraser's Boiler Service, Inc., is a Washington corporation, licensed to do business in the state of Washington. Fraser Boiler was a boiler subcontractor that performed boiler work around the Pacific Northwest, including at refineries. As the subcontractor for boiler work, it repaired boilers, performed regular maintenance for boilers during shutdowns, and was engaged in the sale and/or distribution and/or supply of hazardous asbestos-containing products, including asbestos-containing block, gaskets, castables and cements.

15.    Defendant General Electric Company is a Delaware corporation, licensed to do business in the state of Washington. General Electric was engaged in the manufacture, sale, distribution and/or supply of turbine engines that contained asbestos and/or which required asbestos in order to operate.

16.    Defendant Goulds Pumps (IPG), Inc., is a Delaware corporation, licensed to do business in the state of Washington. Goulds Pumps was a manufacturer of pumps that contained asbestos and which required asbestos in order to operate.

17.    Defendant IMO Industries, Inc. (hereafter IMO), individually and as successor-in-interest to and f/k/a DeLaval Turbine, Inc. and IMO DeLaval, a Delaware corporation, is a

Complaint for Personal Injury - 5
4567861

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305

019

corporation licensed to do business in Delaware.  IMO was a manufacturer of pumps, engines and machinery, and equipment that contained asbestos and required asbestos in order to operate.

18.    Defendant Ingersoll-Rand Company is a New Jersey company, licensed to do business in the state of Washington.  Ingersoll-Rand was a manufacturer of pumps that contained asbestos and which required asbestos in order to operate.

19.    Defendant Metropolitan Life Insurance Company was involved in actions to prevent the dissemination of accurate information to the public concerning the hazards of asbestos dust and to cause false or misleading information about the health effects of asbestos to be published.  Metropolitan Life Insurance Company acted in concert with and aided and abetted the defendants and other manufacturers of asbestos-containing products in wrongful conduct, which was a cause of harm to Plaintiff.

20.    Defendant Saberhagen Holdings, Inc., formerly known as Brower Co., is a Washington corporation licensed to do business in the state of Washington.  Saberhagen Holdings manufactured, sold, and supplied asbestos containing products.

21.    Defendant SEPCO Corporation is a California corporation.  SEPCO Corporation, and/or its predecessor(s) was engaged in the manufacture, sale, distribution and/or supply of hazardous asbestos-containing products, including asbestos-containing packing, gaskets, and gasket material.

22.    Defendant The William Powell Company is an Ohio corporation.  The William Powell Company was a manufacturer of pumps which contained asbestos and which required asbestos in order to operate.

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

020

23.     Defendant Uniroyal, Inc. is a New Jersey corporation.  Uniroyal, Inc., and/or its predecessor(s), was engaged in the manufacture, sale, distribution and/or supply of hazardous asbestos-containing products, including asbestos-containing cloths.

24.     Defendant Warren Pumps LLC is a Delaware limited liability company (hereafter Warren), licensed to do business in the state of Washington.  Warren was a manufacturer of pumps, machinery and/or equipment that contained asbestos and/or required asbestos in order to operate.

25.     Defendant Weir Valve & Controls USA, Inc., individually and as successor-in-interest to Atwood & Morrill Co., Inc., is a Massachusetts corporation.  Atwood & Morrill Co., Inc. and/or its predecessor(s) was engaged in the manufacture, sale, distribution and/or supply of valves used in steam operations that contained asbestos and/or which required asbestos in order to operate.

DAMAGES

26.     Plaintiffs have suffered the following damages:

      A.     Past and future medical expenses;

      B.     Past and future wage loss;

      C.     Loss of wage-earning capacity;

      D.     Past and future disability; pain and suffering, both physical and emotional; greatly increased risk of further disease; anxiety and fear of further disease; shortening of life expectancy; and interference with normal life, all resulting in general damages;

      E.     Interest from the date of injury;

Complaint for Personal Injury - 7
4567861

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

021

F.      Plaintiff Susan Page has suffered damages for loss of companionship, services and consortium; and

G.      Plaintiffs' children, Allison Wren and Aaron Page, have also suffered and will suffer damages for loss of love, care, and companionship.

The above-mentioned damages are in an amount to be proved at trial.

LIABILITY, JURISDICTION AND RELIEF

27.      Plaintiffs' claims are further as set forth in Schroeter, Goldmark & Bender First Amended Style Complaint For Personal Injury and Wrongful Death No. 81-2-08703-5 filed November 10, 1994, in King County Superior Court.

DATED this 3rd day of November, 2014.

SCHROETER, GOLDMARK & BENDER

KRISTIN HOUSER, WSBA #7286
THOMAS J. BREEN, WSBA #34574
Counsel for Plaintiffs
SCHROETER, GOLDMARK & BENDER
810 Third Avenue, Suite 500
Seattle, WA 98104
Phone: (206) 622-8000
Fax: (206) 682-2305
Email: houser@sgb-law.com;
        breen@sgb-law.com

Complaint for Personal Injury - 8
4567861

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

022