The Honorable James L. Robart
Trial Date: February 6, 2017

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN PAGE, as Personal Representative of the ESTATE of PAUL PAGE,<br>Plaintiff,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br>Defendants. | NO. 2:14-cv-01853 JLR<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL AS TO DEFENDANT WEIR VALVES & CONTROLS USA, INC. F/K/A ATWOOD & MORRILL |

## STIPULATION

Plaintiff Susan Page, as Personal Representative of the Estate of Paul Page, and Defendant Weir Valves & Controls USA, Inc. f/k/a Atwood & Morrill (hereinafter, "Weir Valves") hereby stipulate that all claims against Weir Valves only may be dismissed with prejudice and without costs and/or attorney fees as to either party.

DATED this 19th day of January, 2017

WILLIAMS, KASTNER & GIBBS PLLC

By s/Dana C. Kopij
Dana C. Kopij, WSBA #31648
Attorney for Weir Valves & Controls USA, Inc. f/k/a Atwood & Morrill
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Tel: (206) 628-6600 Fax: (206) 628-6611
Email: dkopij@williamskastner.com

DATED this 19th day of January, 2017

SCHROETER, GOLDMARK & BENDER

By s/Kristin M. Houser
Kristin M. Houser, WSBA #7286
Attorneys for Plaintiff Susan Page
810 Third Ave., Suite 500
Seattle, WA 98104
Tel: (206) 622-8000 Fax: (206) 682-2305
Email: houser@sgb-law.com

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL AS TO DEFENDANT WEIR VALVES & CONTROLS USA, INC. F/K/A ATWOOD & MORRILL - 1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

5932869.1

## ORDER OF DISMISSAL

THIS MATTER having come before the Court by way of stipulated motion by the Plaintiff and Defendant Weir Valves to dismiss all claims against Weir Valves only with prejudice and without costs and/or attorney fees as to any party, and the Court being fully advised in the premises, now, and therefore it is hereby ORDERED as follows:

All claims against Defendant Weir Valves & Controls USA, Inc. f/k/a Atwood & Morrill are hereby dismissed with prejudice and without costs or attorney fees as to any party.

DATED this 23RD day of January, 2017.

_____
HONORABLE JAMES L. ROBART

PRESENTED BY:

WILLIAMS, KASTNER & GIBBS PLLC

By *s/Dana C. Kopij*
　　Dana C. Kopij, WSBA #31648
　　Attorney for Weir Valves & Controls USA, Inc.
　　f/k/a Atwood & Morrill
　　601 Union Street, Suite 4100
　　Seattle, WA 98101-2380
　　Tel: (206) 628-6600 Fax: (206) 628-6611
　　Email: dkopij@williamskastner.com

APPROVED AS TO FORM AND CONTENT BY:

SCHROETER, GOLDMARK & BENDER

By *s/Kristin M. Houser*
　　Kristin M. Houser, WSBA #7286
　　Attorneys for Plaintiff Susan Page
　　810 Third Ave., Suite 500
　　Seattle, WA 98104
　　Tel: (206) 622-8000 Fax: (206) 682-2305
　　Email: houser@sgb-law.com

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL AS TO DEFENDANT WEIR VALVES & CONTROLS USA, INC. F/K/A ATWOOD & MORRILL - 2

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

5932869.1