The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SUSAN PAGE, for Herself and as Personal Representative for the Estate of PAUL PAGE, Deceased,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CRANE CO., et al.,<br><br>　　　　　Defendants. | NO. 2:14-cv-01853 JLR<br><br>STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT SABERHAGEN HOLDINGS, INC. |

## STIPULATION

The above-named parties, acting by and through their undersigned attorneys, herewith stipulate to the entry of an Order of Dismissal as to defendant Saberhagen Holdings, Inc., such dismissal to be with prejudice and without costs to any party.

DATED this 10th day of April, 2017.

| CARNEY BADLEY SPELLMAN, P.S. | SCHROETER GOLDMARK & BENDER |
|---|---|
| By /s/ Timothy K. Thorson<br>　Timothy K. Thorson, WSBA #12860<br>　Of Attorneys for Defendant<br>　Saberhagen Holdings, Inc. | By [signature]<br>　Kristin Houser, WSBA #7286<br>　Thomas J. Breen, WSBA #34574<br>　Of Attorneys for Plaintiff |

STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT
SABERHAGEN HOLDINGS, INC. – 1
(2:14-cv-01853-JLR)

CARNEY BADLEY SPELLMAN, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

ASB001-1721 SABERHAGEN - Stip and Order of Dismissal.docx

## ORDER OF DISMISSAL

**THIS MATTER,** having been brought on duly and regularly before the undersigned judge of the above-entitled court, the Court being fully advised in all matters, does herewith, pursuant to the foregoing stipulation,

**ORDER, ADJUDGE AND DECREE** that the above-entitled action and each and every portion thereof as to Saberhagen Holdings, Inc., are dismissed with prejudice and without costs to any party.

**DONE IN OPEN COURT** this \_\_11th\_\_ day of April, 2017.

_____
JUDGE JAMES L. ROBART

Presented by:

CARNEY BADLEY SPELLMAN, P.S.

By /s/ Timothy K. Thorson
    Timothy K. Thorson, WSBA #12860
    Of Attorneys for Defendant
    Saberhagen Holdings, Inc.

SCHROETER GOLDMARK & BENDER

By _____
    Kristin Houser, WSBA #7286
    Thomas J. Breen, WSBA #34574
    Of Attorneys for Plaintiff

STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT
SABERHAGEN HOLDINGS, INC. – 2
(2:14-cv-01853-JLR)

CARNEY BADLEY SPELLMAN, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

ASB001-1721 SABERHAGEN - Stip and Order of Dismissal.docx