THE HONORABLE JAMES ROBART
Trial Date: February 6, 2016

UNITED STATES DISTRICT COURT

WESTERN WASHINGTON DISTRICT

AT SEATTLE

| | |
|---|---|
| SUSAN PAGE, Individually and as Personal Representative of the Estate of PAUL PAGE,<br><br>Plaintiff,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.<br><br>Defendants. | Case No. 2:14-cv-01853-JLR<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT WARREN PUMPS, LLC ONLY** |

**STIPULATION**

Plaintiff and Defendant Warren Pumps, LLC ("Warren") hereby stipulate that all claims against Warren Pumps, LLC only may be dismissed with prejudice and without costs and/or attorney fees as to either party.

IT IS SO STIPULATED:

Dated: July 18, 2017

SCHROETER GOLDMARK & BENDER

By: s/Thomas Breen
Thomas Breen, WSBA #34574
Kristin Houser, WSBA #7286
breen@sgb-law.com
houser@sgb-law.com
Attorneys for Plaintiff

Dated: July 18, 2017

RIZZO MATTINGLY BOSWORTH, PC

By: s/Allen Eraut
Allen Eraut, WSBA #30940
aeraut@rizzopc.com
Attorney for Warren Pumps, LLC

1 – STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT WARREN PUMPS, LLC ONLY [2:14cv-01853-JLR]

RIZZO MATTINGLY BOSWORTH PC
1300 SW Sixth Avenue
Suite 330
Portland, OR 97201
T: 503.229.1819 | F: 503.229.0630

# ORDER

THIS MATTER having come before the Court by way of stipulated motion by the Plaintiff and Defendant Warren Pumps, LLC to dismiss all claims against Warren Pumps, LLC only with prejudice and without costs and/or attorney fees as to any party, and the Court being fully advised in the premises, now, and therefore it is hereby ORDERED as follows:

All claims against Defendant Warren Pumps, LLC are hereby dismissed with prejudice and without costs or attorneys fees as to any party.

DATED this 18th day of July, 2017

Honorable James L. Robart
United States District Judge

Presented by:
Allen Eraut, WSBA #30940
Rizzo Mattingly Bosworth PC
1300 SW Sixth Avenue, Suite 330
Portland, OR 97201
aeraut@rizzopc.com
*Of Attorneys for Defendant Warren Pumps, LLC*

2 – STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT WARREN PUMPS, LLC ONLY [2:14cv-01853-JLR]

RIZZO MATTINGLY BOSWORTH PC
1300 SW Sixth Avenue
Suite 330
Portland, OR 97201
T: 503.229.1819 | F: 503.229.0630

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| PAUL PAGE and SUSAN PAGE, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>Defendants. | Case No. 2:14-cv-01853-JLR<br><br>**DECLARATION OF DELIVERY AND/OR MAILING** |

I am employed by the law firm of Rizzo Mattingly Bosworth PC in Portland, Oregon. I am over the age of eighteen years and not a party to the subject cause. My business address is 1300 SW Sixth Avenue, Ste. 330, Portland, Oregon 97201.

On the date below, I electronically filed the foregoing **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT WARREN PUMPS, LLC ONLY** with the Clerk of the Court using the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following attorneys:

**VIA ECF**

Thomas J. Breen
Kristin Houser
Shroeter, Goldmark & Bender
810 Third Avenue, Suite 500
Seattle, WA 98104
SGBAsbestos@sgb-law.com
*Attorneys for Plaintiffs*

Barry N. Mesher
Brian Zeringer
Christopher Marks
Sedgwick LLP
520 Pike Street, Ste. 520
Seattle, WA 98101
Asbestos.seattle@sedgwicklaw.com
*Attorneys for Air & Liquid Systems;*
*Crown Cork & Seal Company, Inc.*

1 – DECLARATION OF DELIVERY AND/OR MAILING

RIZZO MATTINGLY BOSWORTH PC
1300 SW Sixth Avenue
Suite 330
Portland, OR 97201
T: 503.229.1819 | F: 503.229.0630

| | |
|---|---|
| 1  Mark Tuvim<br>   Kevin Craig<br>2  Gordon & Rees, LLP<br>   701 Fifth Avenue, Suite 2130<br>3  Seattle, WA 98104<br>   ***Attorneys for Asbestos Corp., Ltd***<br>4  Asbestos-sea@gordonrees.com | Christopher Marks<br>Rebecca Zotti<br>Sedgwick LLP<br>520 Pike Street, Suite 2200<br>Seattle, WA 98104<br>***Attorneys for Foster Wheeler Energy Corporation***<br>Asbestos.seattle@sedgwicklaw.com |
| 6  G. William Shaw<br>   K & L Gates, LLP<br>   925 4th Avenue, Suite 2900<br>7  Seattle, WA<br>   Se.asbestos@klgates.com<br>8  ***Attorneys for Crane Co.*** | James E. Horne<br>Michael E. Ricketts<br>Gordon Thomas Honeywell Malanca Peterson and Daheim<br>600 University Street, Ste. 2100<br>Seattle, WA 98101<br>service@gth-law.com<br>***Attorneys for IMO Industries, Inc.;***<br>***Attorneys for Fraser's Boiler Service, Inc*** |
| 11 Mark B. Tuvim<br>   Kevin J. Craig<br>   Gordon & Rees<br>12 701 Fifth Avenue, Ste. 2100<br>   Seattle, WA 98104<br>13 Asbestos-sea@gordonrees.com<br>   ***Attorneys for Ingersoll-Rand Company*** | Richard G. Gawlowski<br>Wilson Smith Cochran Dickerson<br>901 Fifth Avenue, Ste. 1700<br>Seattle, WA 98164<br>metlifeasbestos@wscd.com<br>***Attorneys for Metropolitan Life Insurance*** |
| 15 Timothy K. Thorson<br>   Carney Badley Spellman<br>   701 Fifth Avenue, Ste. 3600<br>16 Seattle, WA 98104<br>   asbestos@carneylaw.com<br>17 ***Counsel for Saberhagen Holdings, Inc.*** | Dana Kopij<br>Jeffrey Wolf<br>Malika Johnson<br>Williams Kastner & Gibbs<br>601 Union Street, Ste. 4100<br>Seattle, WA 98101<br>wkgasbestos@williamskastner.com<br>***Attorneys for Sepco Corporation; Weir Valves & Controls USA, Inc.*** |

I declare under penalty of perjury and under the laws of the State of Washington (RCW 9A.72.085) that the foregoing is true and correct.

Executed at Portland, Oregon, this 18th day of July, 2017

/s/ Shannon Boyd
Shannon Boyd
Paralegal

2 – DECLARATION OF DELIVERY AND/OR MAILING

RIZZO MATTINGLY BOSWORTH PC
1300 SW Sixth Avenue
Suite 330
Portland, OR 97201
T: 503.229.1819 | F: 503.229.0630