HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PAUL PAGE, et al.,

           Plaintiffs,

    v.

TRANSAMERICA DELAVAL, INC., et al.,

          Defendants.

NO.  2:14-cv-01853-JLR

STIPULATION AND ORDER OF DISMISSAL OF
DEFENDANT IMO INDUSTRIES, INC. WITH
PREJUDICE

## STIPULATION

IT IS HEREBY STIPULATED by counsel for the Plaintiffs and Defendant IMO

INDUSTRIES, INC. that all of Plaintiffs' claims in this action against Defendant IMO

INDUSTRIES, INC. shall be dismissed with prejudice and without costs.

Dated this 28th day of August, 2017.

GORDON THOMAS HONEYWELL LLP

By /s/ Michael E. Ricketts
    Michael E. Ricketts, WSBA No. 09387
    mricketts@gth-law.com
    James E. Horne, WSBA No. 12166
    jhorne@gth-law.com

    Attorneys for Defendant IMO Industries, Inc.

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE WA  98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

Dated this 28th day of August, 2017.

SCHROETER GOLDMARK & BENDER

By:  /s/ Kristin Houser
    Kristin Houser, WSBA No. 07286
    houser@sgb-law.com
    Thomas J. Breen, WSBA No. 34574
    breen@sgb-law.com
    Lucas Garrett, WSBA No. 38452
    garrett@sgb-law.com
    SGBasbestos@sgb-law.com

Attorneys for Plaintiffs

## ORDER OF DISMISSAL

Based on the above stipulation, IT IS HEREBY ORDERED that Plaintiffs' claims against Defendant IMO INDUSTRIES, INC. in this action are dismissed with prejudice and without costs.

Dated this 29th day of _____August_____, 2017.

The Honorable James L. Robart
UNITED STATES DISTRICT JUDGE

//

//

//

//

//

//

STIPULATION AND ORDER OF DISMISSAL OF DEFENANT
IMO INDUSTRIES, INC. WITH PREJUDICE - 2 of 4
(NO.  2:14-cv-01853-JLR)
4828-8886-0707

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE WA  98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

1  Presented by:

2  By: */s/Michael E. Ricketts*
       Michael E. Ricketts, WSBA No. 09387
3      James E. Horne, WSBA No. 12166
       GORDON THOMAS HONEYWELL, LLP
4      600 University Street, Suite 2100
5      Seattle, WA  98101-4185
       Telephone:  (206) 676-7500
6      Fax:  (206) 676-7575
       Email:  mricketts@gth-law.com
7               jhorne@gth-law.com
       Attorneys for IMO Industries, Inc.
8

9  Approved as to Form; Notice of
   Presentation Waived:
10

11

12 By: */s/ Kristin Houser*
       Kristin Houser, WSBA No. 07286
13     Thomas J. Breen, WSBA No. 34574
       Lucas Garrett, WSBA No. 38452
14     SCHROETER GOLDMARK & BENDER
       810 Third Avenue, Suite 500
15     Seattle, WA  98104
       Phone:  (206) 622-8000
16     Fax:  (206) 682-2305
       Email:  SGBasbestos@sgb-law.com;
17     houser@sgb-law.com; breen@sgb-law.com;
       garrett@sgb-law.com
18     Attorneys for Plaintiff

19

20

21

22

23

24

25

26

STIPULATION AND ORDER OF DISMISSAL OF DEFENANT
IMO INDUSTRIES, INC. WITH PREJUDICE - 3 of 4
(NO.  2:14-cv-01853-JLR)
4828-8886-0707

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE WA  98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

CERTIFICATE OF SERVICE

I certify that on the 28th day of August, 2017, I electronically filed the foregoing

document with the Clerk of the Court using the CM/ECF Electronic Filing System which

will send notification of such filing to all parties of record.

| Counsel for Plaintiffs | Counsel for Foster-Wheeler Energy Corp. |
|---|---|
| Kristin Houser<br>Thomas J. Breen<br>Schroeter Goldmark & Bender<br>810 Third Ave., Ste. 500<br>Seattle, WA  98104<br>houser@sgb-law.com<br>breen@sgb-law.com | William W. Spencer<br>MURRAY DUNHAM & MURRAY<br>200 West Thomas St., Ste. 350<br>Seattle, WA  98119-4216<br>asbestos@murraydunham.com |
| Counsel for Sepco Corporation | Counsel for Metropolitan Life Ins. Co. |
| Dana C. Kopij<br>Malika I. Johnson<br>WILLIAMS KASTNER & GIBBS<br>601 Union St., Ste. 4100<br>Seattle, WA  98101-2380<br>wkgasbestos@williamskastner.com | Richard G. Gawlowski<br>WILSON SMITH COCHRAN & DICKERSON<br>901 Fifth Ave., Ste. 1700<br>Seattle, WA  98164-2050<br>MetLifeAsbestos@wscd.com |

/s/ Karen L. Calkins
Karen L. Calkins, Legal Assistant
GORDON THOMAS HONEYWELL LLP

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE WA  98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575