The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAUL PAGE and SUSAN PAGE, Husband and Wife,<br><br>Plaintiffs,<br><br>vs<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>Defendants. | NO. 2:14-cv-01853 JLR<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY |

## STIPULATION

Plaintiffs Paul Page and Susan Page and Defendant Metropolitan Life Insurance Company ("Metropolitan Life"), by and through their counsel of record, hereby stipulate that Plaintiffs' claims filed against Metropolitan Life in this action shall be dismissed *with prejudice* and without costs as to either party.

This stipulation and agreed order have been approved as to form; notice of presentation and hearing on said *Order of Dismissal* is hereby waived by the parties.

STIPULATION AND ORDER OF DISMISSAL
AS TO DEFENDANT METROPOLITAN LIFE
INSURANCE COMPANY (14-cv-01853 JLR) – 1



WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

Dated this 28th day of November, 2017.

s/ Kristin Houser
Kristin Houser, WSBA No. 7286
SCHROETER GOLDMARK & BENDER
810 Third Avenue, Suite 500
Seattle, WA 98104
206-622-8000 Phone
206 -682-2305 Fax
houser@sgb-law.com

Attorneys for Plaintiffs

s/ Richard G. Gawlowski
Richard G. Gawlowski, WSBA No. 19713
WILSON SMITH COCHRAN DICKERSON
901 5th Avenue, Suite 1700
Seattle, WA 98164
206-623-4100 Phone
206-623-9273 Fax
gawlwoski@wscd.com

Attorney for Defendant Metropolitan Life Insurance Company

## ORDER OF DISMISSAL

THIS MATTER having come before the Court by way of Stipulation by Plaintiffs and Defendant Metropolitan Life to dismiss all claims against Metropolitan Life *with prejudice* and without costs as to either party; and the Court being fully advised in the premises, now, therefore,

IT IS HEREBY ORDERED that all claims against Metropolitan Life Insurance Company are hereby dismissed *with prejudice* and without costs.

DATED this 29th day of November, 2017.

James L. Robart
United States District Court Judge

STIPULATION AND ORDER OF DISMISSAL
AS TO DEFENDANT METROPOLITAN LIFE
INSURANCE COMPANY (14-cv-01853 JLR) – 2



WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

Presented by:

_s/ Richard G. Gawlowski_
Richard G. Gawlowski, WSBA No. 19713
WILSON SMITH COCHRAN DICKERSON
901 5th Avenue, Suite 1700
Seattle, WA 98164
206-623-4100 Phone
206-623-9273 Fax
gawlwoski@wscd.com

Attorney for Defendant Metropolitan Life Insurance Company

_s/ Kristin Houser_
Kristin Houser, WSBA No. 7286
SCHROETER GOLDMARK & BENDER
810 Third Avenue, Suite 500
Seattle, WA 98104
206-622-8000 Phone
206-682-2305 Fax
houser@sgb-law.com

Attorney for Plaintiffs

STIPULATION AND ORDER OF DISMISSAL
AS TO DEFENDANT METROPOLITAN LIFE
INSURANCE COMPANY (14-cv-01853 JLR) – 3



WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties below:

**Attorneys for Plaintiff**
Kristin Houser
Thomas J. Breen
Lucas W.H. Garrett
William Joel Rutzick
SCHROETER GOLDMARK & BENDER
810 Third Avenue, Suite 500
Seattle, WA 98104
SGBAsbestos@sgb-law.com

**Attorney for Foster Wheeler Engergy Corporation**
Christopher Marks
Erin Fraser
Sedgwick LLP
600 University St, Suite 2915
Seattle, WA 98101-4172
asbestos.seattle@sedgwicklaw.com

**Attorneys for Sepco Corporation**
Dana Kopij
Malika Johnson
Williams Kastner
Two Union Square
601 Union Street, Ste 4100
Seattle, WA 98101-3927
WKGasbestos@williamskastner.com

By: *s/ Richard G. Gawlowski*
Richard G. Gawlowski, WSBA No. 19713
Attorney for Defendant Metropolitan Life Insurance Co.
WILSON SMITH COCHRAN DICKERSON
901 Fifth Avenue, Suite 1700
Seattle, WA 98164
(206) 623-4100 Phone
(206) 623-9273 Fax
Gawlowski@wscd.com

STIPULATION AND ORDER OF DISMISSAL
AS TO DEFENDANT METROPOLITAN LIFE
INSURANCE COMPANY (14-cv-01853 JLR) – 4

 

WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273