HON. JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON,
AT SEATTLE

| | |
|---|---|
| SUSAN PAGE, for Herself and as Personal Representative for the Estate of PAUL PAGE, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION; et al.,<br><br>Defendants. | Cause No. 2:14-cv-01853 JLR<br><br>**STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT FOSTER WHEELER ENERGY CORPORATION WITH PREJUDICE**<br><br>*Clerk's Action Required* |

IT IS HEREBY STIPULATED by and between plaintiffs Paul Page and Susan Page and defendant Foster Wheeler Energy Corporation be dismissed, with prejudice and without costs, reserving to plaintiffs all of plaintiffs' rights of action against all other persons, corporations, or entities. The parties also agree that this order may be presented without further notice of presentation.

SCHROETER GOLDMARK & BENDER

/s/Kristin Houser
Kristin Houser, WSBA #7286
810 Third Avenue, Suite 500
Seattle, WA 98104
Attorney for Plaintiffs
Dated: January 4, 2018

TANENBAUM KEALE LLP

/s/ Christopher Marks
Christopher Marks, WSBA #28634
601 Union Street
Two Union Square, Suite 4253
Seattle, WA 98101
Attorney for Defendant Foster Wheeler
Dated: January 4, 2018

STIPULATION AND ORDER OF DISMISSAL OF
FOSTER WHEELER ENERGY CORPORATION WITH
PREJUDICE – 1
NO. 2:14-cv-01853-JLR

# ORDER

IT IS SO ORDERED.

DONE IN OPEN COURT this _5th_ day of _January_, 2018.

_____
HON. JAMES L. ROBART

*Presented by*:

SCHROETER GOLDMARK & BENDER

/s/*Kristin Houser*
Kristin Houser, WSBA #7286
810 Third Avenue, Suite 500
Seattle, WA 98104
houser@sgb-law.com
Attorneys for Plaintiffs


*Notice of Presentation Waived*:

TANENBAUM KEALE LLP

/s/*Christopher Marks*
Christopher Marks, WSBA #28634
601 Union Street
Two Union Square
Suite 4253
Seattle, WA 98101
cmarks@tktrial.com
Attorney for Defendant Foster Wheeler Energy Corporation