| | |
|---|---|
| PAUL PAGE, et al.,<br><br>              Plaintiffs,<br><br>    v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>              Defendants. | CASE NO. C14-1853JLR<br><br>ORDER |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

On January 20, 2016, the court stayed this matter with respect to Defendant Sepco Corporation ("Sepco") because Sepco had filed a notice of bankruptcy. (Min. Order (Dkt. # 95) at 1-2; Not. (Dkt. # 94).) Sepco is currently the only remaining Defendant in this action. (*See generally* Dkt.) The court hereby ORDERS Plaintiff Susan Page to inform the court of the status of Sepco's bankruptcy and whether the court should

//

//

ORDER - 1

maintain the stay.  The court further ORDERS Ms. Page to file her response to this order with seven days of the date of this order.

Dated this 26th day of March, 2019.

The Honorable James L. Robart
U.S. District Court Judge