UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAUL PAGE, et al., | CASE NO. C14-1853JLR |
| Plaintiffs, | ORDER |
| v. | |
| AIR & LIQUID SYSTEMS CORPORATION, et al., | |
| Defendants. | |

On January 20, 2016, the court stayed this matter with respect to Defendant Sepco Corporation ("Sepco") because Sepco had filed a notice of bankruptcy. (Min. Order (Dkt. # 95) at 1-2; Not. (Dkt. # 94).) Sepco is currently the only remaining Defendant in this action. (*See generally* Dkt.) Given recent developments in Sepco's bankruptcy, the court hereby ORDERS Plaintiff Susan Page to inform the court of the status of Sepco's

//

//

ORDER - 1

1 | bankruptcy and whether the court should maintain the stay.  The court further ORDERS
2 | Ms. Page to file her response to this order with ten days of the date of this order.
3 |      Dated this 17th day of August, 2020.

*[signature]*

The Honorable James L. Robart
U.S. District Court Judge

ORDER - 2