HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SUSAN PAGE, for Herself and as Personal
Representative for the Estate of PAUL
PAGE, deceased,

           Plaintiffs,

      v.

AIR & LIQUID SYSTEMS
CORPORATION, et al.,

          Defendants.

NO. 2:14-cv-01853-JLR

STIPULATION AND ORDER OF
DISMISSAL WITHOUT PREJUDICE OF
DEFENDANT SEPCO CORPORATION

CLERK'S ACTION REQUIRED.

      Plaintiff and Defendant Sepco Corporation ("Sepco"), by and through their respective

attorneys, hereby stipulate that Plaintiff's claims and causes of action against Sepco be dismissed

without prejudice and without costs to any party.

DATED this 28th day of August, 2020.

SCHROETER, GOLDMARK & BENDER

*/s/Lucas Garrett*
LUCAS W. H. GARRETT, WSBA #38452
Counsel for Petitioners
810 Third Avenue, Suite 500
Seattle, WA 98104
(206) 622-8000
garrett@sgb-law.com

WILLIAMS KASTNER & GIBBS PLLC

*/s/Dana Kopi*           *j*
DANA KOPIJ, WSBA No. 31648
Counsel for Sepco Corporation
601 Union St Ste 4100
Seattle, WA 98101-1368
(206) 628-6600
dkopij@williamskastner.com

STIPULATION AND ORDER OF
DISMISSAL OF DEFENDANT SEPCO
CORPORATION.– 1
(2:14-cv-01853-JLR)

## **ORDER OF DISMISSAL**

THIS MATTER having come before the Court by way of stipulated motion by Plaintiff and Defendant Sepco Corporation to dismiss all claims against Sepco Corporation only, without prejudice and without costs, and the Court being fully advised in the premises, now, therefore, it is hereby ORDERED as follows:

All of Plaintiff's claims against Sepco Corporation only are hereby dismissed without prejudice and without costs as to any party.

DATED this  1st     day of __September_____, 2020

_____
JAMES L. ROBART
United States District Judge

PRESENTED BY:

*/s/Lucas Garrett*_____
LUCAS W. H. GARRETT, WSBA #38452
Counsel for Petitioners
810 Third Avenue, Suite 500
Seattle, WA  98104
(206) 622-8000
garrett@sgb-law.com

APPROVED BY:

WILLIAMS KASTNER & GIBBS PLLC

*/s/Dana Kopij*_____
DANA KOPIJ, WSBA No. 31648
Counsel for Sepco Corporation
601 Union St Ste 4100
Seattle, WA 98101-1368
(206) 628-6600
dkopij@williamskastner.com

STIPULATION AND ORDER OF
DISMISSAL OF DEFENDANT SEPCO
CORPORATION.– 2
(2:14-cv-01853-JLR)